July 12, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

GALVESTON COUNTY JUDGE MARK HENRY AND COUNTY COMMISSIONERS RYAN DENNARD, JOE GUISTI, STEPHEN HOLMES AND KEN CLARK, IN THEIR OFFICIAL CAPACITY AS THE GALVESTON COUNTY COMMISSIONERS COURT, Appellant

NO. 14-15-00161-CV                      V.

KIMBERLY SULLIVAN, JUDGE PROBATE COURT OF GALVESTON COUNTY, Appellee

_____

The court today heard a motion for rehearing filed by appellants Galveston County Judge Mark Henry and County Commissioners Ryan Dennard, Joe Guisti, Stephen Holmes and Ken Clark. We deny the motion for rehearing, but we order this court's former judgment of April 5, 2016 vacated, set aside, and annulled. We further order this court's opinion of April 5, 2016 withdrawn.

This cause, an appeal from an order signed February 20, 2015 in favor of appellee Judge Kimberly Sullivan of the Galveston County Statutory Probate Court, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore **REFORM** the order of the court below to dismiss with prejudice Judge Sullivan's claims for an award of actual damages incurred in a Galveston County fiscal year that ended on or before September 30, 2015.

We order the ruling of the court below **AFFIRMED** except as modified in this judgment.

We order appellants—Galveston County Judge Mark Henry and County Commissioners Ryan Dennard, Joe Guisti, Stephen Holmes and Ken Clark, in their Official Capacity as the Galveston County Commissioners Court—jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.